UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>CANDYLAND, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cv-04183 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　　In light of Defendant's new motion to dismiss, *see* ECF No. 15, Defendant's earlier motion to dismiss filed at ECF No. 12 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 8, 2023**. Defendant's reply, if any, is due by **September 15, 2023**.

　　　The Clerk of Court is directed to terminate ECF No. 12.

Dated: August 28, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge