

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

September 5, 2023

    Re:    <u>Case 1:23-cv-04183-JLR Toro v. Candyland, Inc.</u>
            <u>Request for Extension of Time to Submit Opposition</u>

Dear Judge Rochon:

    Plaintiff respectfully submits this letter to request an extension of time to oppose Defendant's renewed Motion to Dismiss, electronically filed on August 25, 2023. The current deadline to oppose the motion is September 8, 2023, and an extension up to and until September 18, 2023 is being requested. This is the first time this relief is being requested and Defendant has graciously consented to the relief.

    We thank Your Honor for Your attention and consideration herein.

The request is GRANTED.  Plaintiff shall respond to Defendant's renewed motion to dismiss no later than **September 18, 2023**.  Defendant shall file its reply no later than **September 25, 2023**.

Dated: September 5, 2023
       New York, New York

Respectfully submitted,

*Mars Khaimov, Esq.*
Attorney for Plaintiff

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

